# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **Juan H. Reyes and Elena H. Hernandez,** | § | |
| *Plaintiffs* | § | |
| | § | |
| | § | |
| **v.** | § | **Case No. 1:26-cv-00701-RP** |
| | § | |
| **Allstate Vehicle and Property Insurance Company,** | § | |
| *Defendant* | § | |

## ORDER

Contrary to this Court's local rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring parties submit a proposed scheduling order to the court "[n]ot later than 60 days after any appearance of any defendant"). This Magistrate Judge previously ordered the parties to do so. Dkt. 8.

**IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District Judge Robert Pitman's form on or before **July 17, 2026**. Failure to do so will result in this Magistrate Judge's recommendation that Judge Pitman dismiss this case for want of prosecution.

**SIGNED** on July 2, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE